**CRIMINAL CASE COVER SHEET**                    **U.S. DISTRICT COURT**
                                                    **Complete entire form**

**Place of Offense:**                    **Related Case Information:**

City Oxford                              Superseding Indictment _____ Case Number _____

County Lafayette                         Same Defendant _____ New Defendant _____

                                         Magistrate Judge Case Number _____

RECEIVED                                 Search Warrant Case Number _____

FEB 16 2022                              R20/R40 from District of _____

                                         Related Criminal Case Number 3:19-cr-65; 4:19-cr-93;
**Defendant Information:**                4:19-cr-141;4:19-cr-124;
                                          3:20-cr-55
Juvenile:  ☐ Yes  ☑ No       If yes, Matter to be sealed:  ☐ Yes  ☐ No

Defendant Name Douglas Jones

Alias Name "White Baby"; "Jocko", "White Boy"

Address MDOC

DOB ____1988____ SS# ***-**-8578 Sex __M__ Race __W__ Nationality _____

Represented by: _____

Interpreter: ☐ Yes  ☑ No       List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _____5_____     ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.1962.F | RICO - conspiracy | 1 |
| Set 2 21.846.F | Conspiracy to Distribute Controlled Substance | 3 |
| Set 3 18.1956.F | Money Laundering - controlled substance | 4 |
| Set 4 _____ | **see attached page 2 ** | _____ |

**U.S. Attorney Information:** AUSA Samuel R. Stringfellow       Bar # __105587__

Date: __2/15/2022__       Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)                3:22 cr 8

**CRIMINAL CASE COVER SHEET**                     **U.S. DISTRICT COURT**

**DOUGLAS JONES**
Page Two

| Title & Section | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 18.1959-7471.F | Attempted Murder in Aid of Racketeering | 5 |
| 18.1959-1600.F | Assault in Aid of Racketeering | 6 |